IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LIDIA ROSADO o/b/o F.Y.R.S.,                *

           Petitioner,                *

v.                                                                    Case No.  4:25-CV-340-CDL-AGH

                             *

IMMIGRATION AND CUSTOMS
ENFORCEMENT,                                      *

           Respondent.                *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 4/8/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of April, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk